Donald A. Boyd
Joshua J. Busey
CARLSON BOYD & BAILEY PLLC
230 S.2nd St., Suite 202
Yakima, WA 98901

Phone:      (509) 834-6611
Facsimile:  (509) 834-6610
E-Mail:     rbailey@cbblawfirm.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: )
) NO. 06-00673-12
Green Ranch Partnership, a )
Washington general partnership, ) FINDINGS OF FACT AND
) CONCLUSIONS OF LAW ON
) CONFIRMATION
)

THIS MATTER came before the Court for confirmation of the Second Amended Chapter 12 Plan ("Amended Plan") of Green Ranch Partnership ("Debtor"). The Court has reviewed the Plan and the Trustee's Confirmation Summary, and the Court otherwise deeming itself fully informed, now, therefore, makes the following:

## I. FINDINGS OF FACT

1.1  The above-captioned voluntary petition was filed on March 31, 2006.

1.2  The creditors were given notice of the filing of debtor's Chapter 12 Amended Plan.

1.3  The debtor filed its Second Amended Plan on December 1, 2006, and all objections have been resolved.

Findings of Fact and Conclusions of Law
on Confirmation

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202 ·
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

1

06-00673-PCW12    Doc 149    Filed 01/11/07    Entered 01/12/07 12:08:14    Pg 1 of 5

From the foregoing Findings of Fact, the Court makes the following:

## II. CONCLUSIONS OF LAW

2.1 The Amended Plan complies with Chapter 12 and other applicable provisions of the Bankruptcy Code and Title 28 U.S.C.

2.2 Each secured claimant has accepted the Amended Plan and will receive fully payment of its secured claim and shall retain its lien(s) until such payment has been made.

2.3 The Debtor will be able to make all payments and comply with all provisions of the Amended Plan.

2.4 The Chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. § 586(e)(1)(B)(ii).

2.5 The Amended Plan has been proposed in good faith and not by any means forbidden by law.

Presented by:

_____
Joshua J. Busey, WSBA 34312
Carlson, Boyd & Bailey, PLLC
Attorneys for Debtor in Possession

APPROVED AS TO FORM AND CONTENT;
NOTICE OF PRESENTATION WAIVED:

Approved via email 1/3/07
Brian A. Walker, WSBA 26586
Ogden Murphy Wallace, PLLC
Attorneys for US Bank NA

Findings of Fact and Conclusions of Law
on Confirmation

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202 ·
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

2

06-00673-PCW12   Doc 149   Filed 01/11/07   Entered 01/12/07 12:08:14   Pg 2 of 5

*[Signature: Alan Campbell]*

Alan Campbell, WSBA 5364
Velikanje Moore & Shore
Attorneys for Larson Fruit Co.

---

J. Ford Elsaesser
Chapter 12 Trustee

---

Aaron Bell
Attorney for BOTW

---

Dan E. Green, individually

X:\GREEN RANCH PARTNERSHIP-20498\Bankruptcy-2006003\Pleadings\Plan\Findings and Conclusions on Confirmation 010307.doc

Findings of Fact and Conclusions of Law
on Confirmation                              3

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202 ·
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

06-00673-PCW12    Doc 149    Filed 01/11/07    Entered 01/12/07 12:08:14    Pg 3 of 5

```
 6
 7
 8
 9
10
11  Allen Campbell, WSBA _____
    Velikanje Moore & Shore
12  Attorneys for Larson Fruit Co.
13
14
15  [signature]
16  J. Ford Elsaesser
17  Chapter 12 Trustee
18
19
20  _____
21  Aaron Bell
22  Attorney for BOTW
23
24
25
26
27  F:\GREEN RANCH PARTNERSHIP-20496\Bankruptcy-2006008\Pleadings\Plan\Findings and Conclusions on
    Confirmation 010307.doc
28
29
30
31
32
33
34
```

Findings of Fact and Conclusions of Law on Confirmation        8

290 S. 3RD ST., SUITE 202 ·
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

Allen Campbell, WSBA \_\_\_\_\_
Velikanje Moore & Shore
Attorneys for Larson Fruit Co.

J. Ford Elsaesser
Chapter 12 Trustee

Approved via telephone 1/5/07
Aaron Bell
Attorney for BOTW

X:\GREEN RANCH PARTNERSHIP-20498\Bankruptcy-2006003\Pleadings\Plan\Findings and Conclusions on Confirmation 010307.doc



*Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

01/11/2007 01:05:42 PM

CARLSON BOYD & BAILEY PLLC
230 S. 2ND ST., SUITE 202 -
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

Findings of Fact and Conclusions of Law
on Confirmation